No. 4041.—Pueblo, apldo., *v*. Ramos, aplte.—C. D. Humacao. Hurto menor. Febrero 3, 1930.

No. 4031.—Pueblo, apldo., *v*. Falcón, aplte.—C. D. Arecibo. Infracción artículo 92 del Código Penal.

No. 4032.—Pueblo, apldo., *v*. Falcón, aplte.—C. D. Arecibo. Infracción artículo 92 del Código Penal.

No. 4033.—Pueblo, apldo., *v*. Falcón, aplte.—C. D. Arecibo. Infracción artículo 92 del Código Penal.

No. 4034.—Pueblo, apldo., *v*. Falcón, aplte.—C. D. Arecibo. Infracción artículo 92 del Código Penal.

No. 4035.—Pueblo, apldo., *v*. Falcón, aplte.—C. D. Arecibo. Infracción artículo 92 del Código Penal.

No. 4042.—Pueblo, apldo., *v*. Raldiris, aplte.—C. D. Mayagüez. Acometimiento y agresión graves.

No. 3987.—Pueblo, apldo., *v*. Rivera, aplte.—C. D. Arecibo. Acometimiento y agresión grave. Febrero 10, 1930.

No. 4004.—Pueblo, apldo., *v*. Villanueva, aplte.—C. D. Arecibo. Acometimiento y agresión grave. Febrero 10, 1930.

No. 3986.—Pueblo, apldo., *v*. Polanco, aplte.—C. D. San Juan. ▬▬▬▬▬▬▬ Febrero 11, 1930.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)

Por cuanto, el fiscal solicitó la desestimación del resurso establecido en esta causa por no haberse archivado en tiempo el alegato del apelante; y

Por cuanto, si bien ello es así, el alegato, que revela un detenido estudio del asunto, se archivó diez días antes del señalado para la vista de la moción de desestimación acompañado de una moción jurada contentiva de las causas que existieron, causas—enfermedad seria del único abogado del acusado—cuya expresión se reiteró personalmente por el abogado el día de la vista de la moción,

Por tanto, el tribunal, en el ejercicio de su discreción, resuelve declarar la moción sin lugar y ordena que continúe la tramitación del recurso.